

JAY K. MUSOFF
Partner

345 Park Avenue
New York, NY 10154

Direct  212.407.4212
Main   212.407.4000
Fax    646.619.4169
jmusoff@loeb.com

By ECF

May 20, 2025

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

So ordered
5-21-25
[signature] AKHellerstein

Re:  *United States v. Vadim Komissarov*, 25 Cr. 61 (AKH)

Dear Judge Hellerstein:

We represent the defendant Vadim Komissarov. We understand that Your Honor issued an arrest warrant today in connection with Mr. Komissarov violating his conditions of release by removing his ankle GPS monitor. We write to respectfully inform the Court that Mr. Komissarov suffered an acute psychiatric episode during which he removed his ankle GPS monitor, as discussed in detail below. Mr. Komissarov is currently at Mount Sinai Morningside Hospital, where he is under a 72-hour psychiatric hold. Prior to being taken to the hospital by paramedics, Mr. Komissarov, despite removing his ankle monitor, did not leave his apartment, let alone attempt to flee the jurisdiction. Given these circumstances, we respectfully request that Your Honor convert the warrant to a summons followed by a prompt court conference to discuss the situation.

A.   **Mr. Komissarov's Conditions of Release**

On February 20, 2025, Mr. Komissarov was released on a personal recognizance bond in the amount of $1 million, secured by his New York residence, and co-signed by one financially responsible person. His additional conditions of release include home confinement with GPS monitoring, the surrender of his passports, no contact with witnesses or others involved in this case unless in the presence of counsel, and travel limited to the Southern and Eastern Districts of New York with pre-approval by Pretrial Services.

Prior to today, Mr. Komissarov was fully compliant with his conditions of release. He met numerous times with his Pretrial Services Officer, and there were no issues with his compliance with Pretrial Services' instructions or any of his conditions of release.

As the Court is aware, Mr. Komissarov sought and was granted permission to travel to Massachusetts and attend his son's graduation from the University of Massachusetts Amherst from May 15-18, 2025. Mr. Komissarov attended the graduation without incident and returned,

Los Angeles   New York   Chicago   Nashville   Washington, DC   San Francisco   Beijing   Hong Kong   www.loeb.com

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.

Case 1:25-cr-00061-AKH   Document 18   Filed 05/21/25   Page 2 of 3



The Honroable Alvin K. Hellerstein
May 20, 2025
Page 2

with his daughter, parents, and in-laws, to his home in New York without incident on May 18, 2025.

### B.   Mr. Komissarov Experienced a Psychiatric Episode on May 20, 2025

This morning, while at home, Mr. Komissarov apparently experienced an acute psychiatric episode and removed his ankle GPS monitor. Mr. Komissarov's wife, who remained in Massachusetts to help their son pack up his college dorm room, was contacted by Pretrial Services this afternoon after officers were unable to contact Mr. Komissarov directly.

Because Mr. Komissarov's wife was not home, Mr. Komissarov's daughter left school at lunchtime to investigate. When she returned home, she found Mr. Komissarov naked and rambling incoherently. She subsequently called 911 and Mr. Komissarov was transported by paramedics to Mount Sinai Morningside Hospital. While paramedics were assessing Mr. Komissarov's condition, he would only speak to them in Russian – despite the fact that he speaks English – and he refused to comply with their requests.

Mr. Komissarov is currently on a 72-hour psychiatric hold, although his doctors do not currently have any updates on his condition. He has a CAT scan scheduled for tomorrow, after which we hope to have more information. Mr. Komissarov is currently prescribed antidepressants, although we do not know whether they have affected his behavior.

While the incident today was acute, the family reports that Mr. Komissarov's behavior had been strange over the past few days. His behavior included a sudden manic obsession with solving physics equations; appearing distracted; and occasionally speaking gibberish.

### C.   Request to Convert the Warrant to Summons and Appearance

We respectfully request that Your Honor modify the warrant for Mr. Komissarov's arrest to a summons followed by a prompt appearance at a conference. Notwithstanding the seriousness of Mr. Komissarov's conduct in removing his ankle monitor, we respectfully submit that such conduct did not indicate a risk of flight – in fact, Mr. Komissarov remained in his apartment the entire time until he was taken to the hospital by paramedics – but appears to have been the result of a psychiatric episode. Indeed, Mr. Komissarov not only removed the ankle monitor, but he removed all of his clothing when he was found in his apartment.

Mr. Komissarov is currently under a 72-hour hold at Mount Sinai Morningside Hospital, and so there is no urgent concern that he will be immediately released. And while we do not currently have an update on Mr. Komissarov's prognosis or estimates for when he will be discharged, we will of course provide those to the Court as soon as we have them.

Moreover, until this incident, Mr. Komissarov had complied with all of the terms of his release, including wearing the ankle monitor, staying in his apartment at all times unless expressly authorized to leave by pretrial services (for example, to meet with his attorneys), and meeting with court-appointed mental health professionals.

Given that the full extent of Mr. Komissarov's condition is unknown at this point, we respectfully submit that the best course of action after he is discharged from the hospital is for him to return



home to his family, who can care to him. At a minimum, we would very much like to avoid the possibility of an arrest warrant being executed that would disrupt Mr. Komissarov's medical care and treatment.

Lastly, we have been in communication with Assistant United States Attorney Justin Rodriguez and Pretrial Services Officer Evelyn Alvayero, who have been very professional and courteous during this situation. AUSA Rodriguez has stated that he and Officer Alvayero are open to the possibility of converting the warrant to a summons and prompt court conference depending on a better understanding what occurred today.

As we learn more about Mr. Komissarov's condition and treatment options, we will share them with the Court. Should Your Honor have any questions, we would be happy to provide additional information.

Respectfully Submitted,

Jay K. Musoff
Partner

cc: AUSA Justin Rodriguez (by email justin.rodriguez@usdoj.gov)
    Pretrial Services Officer Evelyn Alvayero (by email Evelyn_Alvayero@nyspt.uscourts.gov)