UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                         :

UNITED STATES OF AMERICA,          :

                                                         :        **SCHEDULING ORDER**

      -against-                                 :

                                                         :        25 Cr. 61 (AKH)

VADIM KOMISSAROV,                :

                                                       :

                              Defendant.    :

                                                         :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The oral argument previously scheduled for November 19, 2025, is hereby rescheduled to November 18, 2025, at 11:30 a.m.

        SO ORDERED.

Dated:     October 20, 2025                                /s/ Alvin K. Hellerstein
             New York, New York                      ALVIN K. HELLERSTEIN
                                                                    United States District Judge