UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :   **ORDER REGULATING**
-against-                                                     :   **PROCEEDINGS**
                                                              :
VADIM KOMISSAROV,                                             :   25 Cr. 61 (AKH)
                                                              :
                           Defendant.                         :
                                                              :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      1. On November 18, 2025, a *Curcio* hearing was held in this matter. After reviewing the potential conflicts of his attorneys, Defendant chose to retain existing counsel.

      2. A motion to compel was made seeking papers relating to the prosecution of Jason Greig and Jeffrey Sparrow in the Central District of California. *See* ECF No 46. The motion was denied. *See United States v. Avellino*, 136 F.3d 249, 255 (2d Cir. 1998) ("the imposition of an unlimited duty on a prosecutor to inquire of other offices not working with the prosecutor's office on the case in question would inappropriately require [courts] to adopt a monolithic view of government that would condemn the prosecution of criminal cases to a state of paralysis.").

      3. The same motion to compel sought documents from the SEC that have not yet been produced by the Government. *See* ECF No 46. The Government represented that it has produced over 526,000 pages of documents, and that the SEC is expected to produce additional documents to the Government, which the Government will in turn produce to the Defendant. The Government does not have an additional obligation to seek more documents from the SEC. *See United States v. Hwang & Halligan*, 22 Cr. 240 (AKH) (S.D.N.Y. Mar. 23, 2023) (ECF No. 66 at 4) ("A prosecutor's duty to review files for *Brady* material extends to reviewing information in the possession, custody, or control of another agency only where the Government conducts a

1

'joint investigation' with that agency.") *(citing United States v. Rigas*, No. 02 Cr. 1236 (LBS), 2008 WL 144824, at *2 (S.D.N.Y. Jan. 15, 2008), *aff'd, United States v. Rigas*, 583 F.3d 108 (2d Cir. 2009). The motion was denied.

    4. The Clerk shall terminate ECF Nos. 44 and 50.

SO ORDERED.

Dated:    November 20, 2025
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge