
LOEB & LOEB LLP

JAY K. MUSOFF
Partner

345 Park Avenue
New York, NY 10154

Direct    212.407.4212
Main     212.407.4000
Fax       646.619.4169
jmusoff@loeb.com

By ECF

April 1, 2026

The Honorable Alvin K. Hellerstein
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*So ordered
4-6-26
Alvin K. Hellerstein*

Re:   *United States v. Vadim Komissarov*, 25 Cr. 61 (AKH)

Dear Judge Hellerstein:

On behalf of Vadim Komissarov, we write to respectfully request that Your Honor modify one aspect of Mr. Komissarov's conditions of release. Specifically, we write to request that Mr. Komissarov's curfew be modified from 9:00 pm to 9:00 am each day to a curfew to be set at the discretion of Pretrial Services. Such a modification will provide both Pretrial Services and Mr. Komissarov more flexibility with respect to the period of his home confinement. We have conferred with Pretrial Services Officer Evelyn Alvayero, who has recommended that we seek this modification and has informed us that Mr. Komissarov has demonstrated compliance with his conditions of release.

We also have conferred with Assistant United States Attorney Justin Rodriguez who informs us that the government does not object to this request.

Since the modification of his bail conditions in July 2025, Mr. Komissarov has been fully compliant with his conditions of release, including meeting regularly with his Pretrial Services Officer for home visits and seeing court-appointed mental health professionals.

Accordingly, we respectfully request that Mr. Komissarov's bail conditions be modified from a curfew from 9:00 pm to 9:00 am each day to a curfew to be set at the discretion of Pretrial Services This request presents no risk of flight or danger to the community, and it is supported by Pretrial Services. Further, the government does not oppose this request.

For the United States offices, a limited liability partnership including professional corporations. For Hong Kong office, a limited liability partnership.



Should Your Honor have any questions, we would be happy to provide additional information.

Respectfully submitted,

Jay K. Musoff
Partner

cc: AUSA Justin Rodriguez (by email justin.rodriguez@usdoj.gov)
    Pretrial Services Officer Evelyn Alvayero (by email Evelyn_Alvayero@nyspt.uscourts.gov)