Docusign Envelope ID: 0E3691F1-E1F1-8D70-81E7-6D16235540BF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
                            :

UNITED STATES OF AMERICA
                            :     CONSENT PRELIMINARY ORDER

        - v. -                OF FORFEITURE/

                            :     MONEY JUDGMENT

VADIM KOMISSAROV,
a/k/a "Vlad,"                    :     25 Cr. 61 (AKH)

            Defendant.        :
---------------------------------- x

WHEREAS, on or about February 18, 2025, VADIM KOMISSAROV (the "Defendant"), was charged in a nine-count Indictment, 25 Cr. 61 (AKH) (the "Indictment"), with conspiracy to commit securities fraud, making false and misleading statements in proxy statements, and making false filings with the SEC, in violation of Title 18, United States Code, Section 371 (Count One); securities fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2 (Count Two); false and misleading statements in proxy statements, in violation of Title 15, United States Code, Sections 78n(a) and 78ff; Title 17, Code of Federal Regulations, Sections 240.14a-3 and 240.14a-9(a); and Title 18, United States Code, Section 2 (Counts Three through Seven); obstruction of justice, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2 (Count Eight); and perjury, in violation of Title 18, United States Code, Section 1621 (Count Nine);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Eight of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Eight of the Indictment, including but not limited to a

sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Eight of the Indictment;

WHEREAS, on or about February 3, 2026 the Defendant pled guilty to Count Two of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(l)(C), and Title 28, United States Code, Section 2461(c), a sum of money in United States currency equal to $607,028.70 representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $607,028.70 in United States currency, representing the amount of proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Two of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Justin V. Rodriguez, of counsel, and the Defendant and his counsel, Jay K. Musoff, Esq., Alex Inman, Esq., and Alex Lipman, Esq., that:

1.    As a result of the offense charged in Count Two of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $607,028.70 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense

Docusign Envelope ID: 0E3691F1-E1F1-8D70-81E7-6D16235540BF

charged in Count Two of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant VADIM KOMISSAROV and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

Docusign Envelope ID: 0E3691F1-E1F1-8D70-81E7-6D16235540BF

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Docusign Envelope ID: 0E3691F1-E1F1-8D70-81E7-6D16235540BF

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____          6/18/2026
    Justin V. Rodriguez                 DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10278
    (212) 637-2591

VADIM KOMISSAROV

By: _____          June 23, 2026
    Vadim Komissarov                    DATE

By: _____          6/23/26
    Jay K. Musoff, Esq.                 DATE
    Alex Inman, Esq.
    Attorneys for Defendant
    Loeb & Loeb LLP
    345 Park Avenue
    New York, NY 10154

    Alex Lipman, Esq.
    Attorney for Defendant
    Lipman Law PLLC
    147 West 25th Street, 12th Floor
    New York, NY 10001

SO ORDERED:

_____              6-24-2026
HONORABLE ALVIN K. HELLERSTEIN          DATE
UNITED STATES DISTRICT JUDGE